# UNITED STATES DISTRICT COURT
## for the
__Western__ District of __Arkansas__

United States of America )
v. )
                          ) Case No: 2:08-CR-20001-001
Tadareo A. Thomas )
                          ) USM No: 09074-010

Date of Original Judgment: July 17, 2008 )
Date of Previous Amended Judgment: _____ ) James B. Pierce
*(Use Date of Last Amended Judgment if Any)*     *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __84__ months **is reduced to** __70__.

*(Complete Parts I and II of Page 2 when motion is granted)*

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**FEB 17 2012**

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated __07/17/2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/17/2012                     _____
                                                                                *Judge's signature*

Effective Date: _____           Honorable Robert T. Dawson, United States District Judge
*(if different from order date)*                     *Printed name and title*